GALINA DORRIS (SBN 365131)
**GAVRILOV & BROOKS**
2315 CAPITOL AVENUE
SACRAMENTO, CA 95816
TELEPHONE: (916)504-0529
FACSIMILE: (916)473-5870
EMAIL:      INFO@GAVRILOVLAW.COM

Attorney for Petitioner,
TRIANA GONZALEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIANA GONZALEZ,<br><br>                Petitioner,<br><br>        v.<br><br>WARDEN OF GOLDEN STATE ANNEX, ET AL.,<br><br>                Respondents. | CASE NO. 1:26-CV-00690-DC-SCR<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby adopts the proposed modified briefing schedule set forth in the joint stipulation as follows:

- Petitioner shall file the amended petition on or before May 15, 2026;

- Respondent shall file either an amended answer/return or a notice indicating that it will stand on the previously filed motion to dismiss on or before May 22, 2026.

- Petitioner may file a reply brief no later than May 26, 2026.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE